**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: MICHELS, PAMELA A. | § Case No. 10-73549 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/19/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/07/2011          By:  /s/BERNARD J. NATALE
                 Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MICHELS, PAMELA A.    §   Case No. 10-73549
                             §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.91 |
| *and approved disbursements of* | $ 71.10 |
| *leaving a balance on hand of* [1] | $ 14,929.81 |
| **Balance on hand:** | $ 14,929.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,929.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,250.09 | 0.00 | 2,250.09 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,423.75 | 0.00 | 1,423.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 35.37 | 0.00 | 35.37 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,709.21 |
| Remaining balance: | $ 11,220.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,220.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,220.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 166,718.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 3,080.99 | 0.00 | 207.37 |
| 2 | American Infosource | 11,150.36 | 0.00 | 750.45 |
| 3 | Ophrys LLC | 9,141.59 | 0.00 | 615.25 |
| 4 | Chase Bank USA, N.A. | 303.41 | 0.00 | 20.42 |
| 5 | Chase Bank USA, N.A. | 10,494.30 | 0.00 | 706.29 |
| 6 | Chase Bank USA, N.A. | 5,938.41 | 0.00 | 399.67 |
| 7 | Chase Bank USA, N.A. | 8,237.19 | 0.00 | 554.38 |
| 8 | Capital One Bank (USA), N.A. | 1,996.67 | 0.00 | 134.38 |
| 9 | US Dept. of Education | 18,995.82 | 0.00 | 1,278.47 |
| 10 | PYOD LLC /Citibank NA | 44,199.17 | 0.00 | 2,974.71 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Capital Recovery IV LLC | 11,905.86 | 0.00 | 801.29 |
| 12 | American Express Bank, FSB | 571.58 | 0.00 | 38.47 |
| 13 | American Express Bank, FSB | 10,261.20 | 0.00 | 690.60 |
| 14 | GE Money Bank | 629.39 | 0.00 | 42.36 |
| 15 | Fia Card Services, NA/BAC | 9,527.61 | 0.00 | 641.23 |
| 16 | Fia Card Services, NA/BAC | 20,285.36 | 0.00 | 1,365.26 |

Total to be paid for timely general unsecured claims:   $   11,220.60
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                 Case No. 10-73549-MB
Pamela A. Michels                                                      Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett             Page 1 of 2             Date Rcvd: Sep 20, 2011
                              Form ID: pdf006            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
db           +Pamela A. Michels,    3717 Hillcrest Place,    Johnsburg, IL 60051-5921
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Richard T Jones,    666 Russel Court, #214,    Woodstock, IL 60098-2671
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15856015      American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
15895584      American Express Bank, FSB,    P O Box 3001,    Malvern, PA 19355-0701
16538111      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15856018      Bank of America,    c/o Sunrise Credit Services,    Post Office Box 9100,
               Farmingdale, NY 11735-9100
15856016      Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
16311815      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
15856020     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15856021      Chase,    c/o ACI,   6341 Inducon Drive East,    Sanborn, NY 14132-9097
16255611      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15856022      Citicard,    Post Office Box 6000,    The Lakes, NV 89163-6000
15856023     +GMAC,    Post Office Box 130424,    Saint Paul, MN 55113-0004
15856024     +Lake/McHenry Pathology Assoc.,    520 East 22nd Street,    Lombard, Il 60148-6110
15856025      Luna,    Citifinancial Retail Serv.,    Post Office Box 183041,    Columbus, OH 43218-3041
15856026     +M & I Bank,    770 North Water Street,    Milwaukee, WI 53202-3593
15856027     +McHenry Radiology & Imaging,    Post Office Box 220,    McHenry, Il 60051-0220
15856028      Med Choice,    Post Office Box 659617,    San Antonio, TX 78265-9617
16147997      Meijer/MCCGB,    Attention: Bankruptcy,    Post Office Box 103014,    Orlando, FL 30076
15856030      Midwest Airlines Card Serv.,    c/o Northstar,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
15856029      Midwest Airlines Card Serv.,    Post Office Box 13337,    Philadelphia, PA 19101-3337
15856031     +Moraine Emer. Phys/Nationwide Cred,    c/o NCO Financial System,    507 Prudential Rd.,
               Horsham, PA 19044-2308
15856032      Moraine Emergency Physicians,    Post Office Box 8759,    Philadelphia, PA 19101-8759
15856034     +Northern IL Medical Center,    Post Office Box 1447,    Woodstock, Il 60098-1447
16225752     +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15856036      Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
15856037      US Dept. of Education,    Direct Loan Servicing Center,    Post Office Box 5609,
               Greenville, TX 75403-5609
15856039     +Washington Mutual,    Default Cash Processing,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16210414      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:10
               American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
16210365      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:09
               American Infosource Lp As Agent for Wfnnb,    Assignee/,    Medchoice Premium American Laser,
               PO Box 248872,    Oklahoma City, OK 73124-8872
15856017     +E-mail/Text: administration@collectcorp.com Sep 21 2011 02:47:21      Bank of America,
               c/o Collectcorp,    Post Office Box 101928,    Birmingham, AL 35210-6928
16046115      E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2011 02:57:50      Capital Recovery (Chase Bank USA),
               c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
16523700      E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2011 02:57:50      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16579513      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:10
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16565431      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2011 02:57:50      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15856033     +E-mail/Text: bnc@nordstrom.com Sep 21 2011 02:46:00      Nordstrom,    Post Office Box 25126,
               Santa Ana, CA 92799-5126
16519767     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2011 03:00:40
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15856038      E-mail/Text: vci.bkcy@vwcredit.com Sep 21 2011 03:03:15      Volkswagen Credit,
               Post Office Box 3,    Hillsboro, OR 97123-0003
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3              User: vgossett              Page 2 of 2              Date Rcvd: Sep 20, 2011
                                  Form ID: pdf006             Total Noticed: 41

aty*          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16538112*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15856019     ##+Capital One,   1957 Westmoreland,   Post Office Box 26094,   Richmond, VA 23260-6094
15856035     ##+Sarah J. Boyle,   4301 Crystal Lake Road,   McHenry, IL 60050-4279
                                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                    **Signature:**   _Joseph Speetjens_