## AMENDED FINAL DISTRIBUTION
## FINAL DISTRIBUTION

**Case Number:** 10-73549  
**Debtor Name:** MICHELS, PAMELA A.

Page: 1

**Date:** October 20, 2011  
**Time:** 10:08:50 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| | Funds on Hand | | | | | | $14,930.93 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 35.37 | 0.00 | 35.37 | 35.37 | 14,895.56 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,423.75 | 0.00 | 1,423.75 | 1,423.75 | 13,471.81 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,250.09 | 0.00 | 2,250.09 | 2,250.09 | 11,221.72 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 3,709.21 | 0.00 | 3,709.21 | 3,709.21 | |
| 1 | American Infosource Lp | Unsecured | 3,080.99 | 0.00 | 3,080.99 | 207.39 | 11,014.33 |
| 2 | American Infosource | Unsecured | 11,150.36 | 0.00 | 11,150.36 | 750.53 | 10,263.80 |
| 3 | Ophrys LLC | Unsecured | 9,141.59 | 0.00 | 9,141.59 | 615.32 | 9,648.48 |
| 4 | Chase Bank USA, N.A. | Unsecured | 303.41 | 0.00 | 303.41 | 20.42 | 9,628.06 |
| 5 | Chase Bank USA, N.A. | Unsecured | 10,494.30 | 0.00 | 10,494.30 | 706.36 | 8,921.70 |
| 6 | Chase Bank USA, N.A. | Unsecured | 5,938.41 | 0.00 | 5,938.41 | 399.71 | 8,521.99 |
| 7 | Chase Bank USA, N.A. | Unsecured | 8,237.19 | 0.00 | 8,237.19 | 554.44 | 7,967.55 |
| 8 | Capital One Bank (USA), N.A. | Unsecured | 1,996.67 | 0.00 | 1,996.67 | 134.39 | 7,833.16 |
| 9 | US Dept. of Education | Unsecured | 18,995.82 | 0.00 | 18,995.82 | 1,278.59 | 6,554.57 |
| 10 | PYOD LLC /Citibank NA | Unsecured | 44,199.17 | 0.00 | 44,199.17 | 2,975.01 | 3,579.56 |
| 11 | Capital Recovery IV LLC | Unsecured | 11,905.86 | 0.00 | 11,905.86 | 801.37 | 2,778.19 |
| 12 | American Express Bank, FSB | Unsecured | 571.58 | 0.00 | 571.58 | 38.47 | 2,739.72 |
| 13 | American Express Bank, FSB | Unsecured | 10,261.20 | 0.00 | 10,261.20 | 690.67 | 2,049.05 |
| 14 | GE Money Bank | Unsecured | 629.39 | 0.00 | 629.39 | 42.36 | 2,006.69 |
| 15 | Fia Card Services, NA/BAC | Unsecured | 9,527.61 | 0.00 | 9,527.61 | 641.30 | 1,365.39 |
| 16 | Fia Card Services, NA/BAC | Unsecured | 20,285.36 | 0.00 | 20,285.36 | 1,365.39 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 166,718.91 | 0.00 | 166,718.91 | 11,221.72 | |
| << Totals >> | | | 170,428.12 | 0.00 | 170,428.12 | 14,930.93 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**      100.000000%  
**Unsecured**      6.730922%