**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MICHELS, PAMELA A. | § Case No. 10-73549 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $320,400.00             Assets Exempt:  $5,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,221.72      Claims Discharged
                                                  Without Payment:  $178,765.19

Total Expenses of Administration: $3,779.35

---

3) Total gross receipts of $    15,001.07    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $15,001.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $425,084.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,779.35 | 3,779.35 | 3,779.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 148,767.00 | 166,718.91 | 166,718.91 | 11,221.72 |
| **TOTAL DISBURSEMENTS** | $573,851.00 | $170,498.26 | $170,498.26 | $15,001.07 |

4) This case was originally filed under Chapter 7 on July 16, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2012            By: /s/BERNARD J. NATALE
                                    Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 38 Bungalow Way, Aik, spouse | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 1.07 |
| **TOTAL GROSS RECEIPTS** | | **$15,001.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Washington Mutual Default Cash Processing | 4110-000 | 127,486.00 | N/A | N/A | 0.00 |
| NOTFILED | M & I Bank | 4110-000 | 53,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Default Cash Processing | 4110-000 | 132,598.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Default Cash Processing | 4110-000 | 112,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$425,084.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 35.37 | 35.37 | 35.37 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,423.75 | 1,423.75 | 1,423.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,250.09 | 2,250.09 | 2,250.09 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 12.30 | 12.30 | 12.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.21 | 26.21 | 26.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.59 | 32.59 | 32.59 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.96 | -0.96 | -0.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,779.35 | 3,779.35 | 3,779.35 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp | 7100-000 | 3,800.00 | 3,080.99 | 3,080.99 | 207.39 |
| 2 | American Infosource | 7100-000 | 9,265.00 | 11,150.36 | 11,150.36 | 750.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Ophrys LLC | 7100-000 | 545.00 | 9,141.59 | 9,141.59 | 615.32 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 303.41 | 303.41 | 20.42 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 10,004.00 | 10,494.30 | 10,494.30 | 706.36 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 3,378.00 | 5,938.41 | 5,938.41 | 399.71 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 7,666.00 | 8,237.19 | 8,237.19 | 554.44 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 1,600.00 | 1,996.67 | 1,996.67 | 134.39 |
| 9 | US Dept. of Education | 7100-000 | 9,070.00 | 18,995.82 | 18,995.82 | 1,278.59 |
| 10 | PYOD LLC /Citibank NA | 7100-000 | 44,172.00 | 44,199.17 | 44,199.17 | 2,975.01 |
| 11 | Capital Recovery IV LLC | 7100-000 | N/A | 11,905.86 | 11,905.86 | 801.37 |
| 12 | American Express Bank, FSB | 7100-000 | 300.00 | 571.58 | 571.58 | 38.47 |
| 13 | American Express Bank, FSB | 7100-000 | 9,014.00 | 10,261.20 | 10,261.20 | 690.67 |
| 14 | GE Money Bank | 7100-000 | N/A | 629.39 | 629.39 | 42.36 |
| 15 | Fia Card Services, NA/BAC | 7100-000 | 8,580.00 | 9,527.61 | 9,527.61 | 641.30 |
| 16 | Fia Card Services, NA/BAC | 7100-000 | 18,105.00 | 20,285.36 | 20,285.36 | 1,365.39 |
| NOTFILED | Lake/McHenry Pathology Assoc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 638.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern IL Medical Center | 7100-000 | 3,752.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Airlines Card Serv. | 7100-000 | 7,571.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 608.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 9,524.00 | N/A | N/A | 0.00 |
| NOTFILED | Luna Citifinancial Retail Serv. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 148,767.00 | 166,718.91 | 166,718.91 | 11,221.72 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73549  
**Case Name:** MICHELS, PAMELA A.  

**Period Ending:** 01/05/12

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/30/10  
**Claims Bar Date:** 12/29/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 4321 N. Johnsburg Rd., Johnsburg, IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 4301 Crystal Lake Rd., McHenry, IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 38 Bungalow Way, Aik, spouse<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 180,000.00 | 18,500.00 | | 15,000.00 | FA |
| 4 | Time share-Kona Coast<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 5 | Time Share-Lake Geneva<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 6 | Checking account-Bank of America<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account-Chase<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking accuont-McHenry Savings Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous household goods & furnishigs<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Necessary wearing apparel-debtor's possession<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | 100% interest in Wilmot Rd Hair Station<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Miscellaneous equipment & fixtures, etc | 2,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73549  
**Case Name:** MICHELS, PAMELA A.  

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/30/10  

**Period Ending:** 01/05/12  
**Claims Bar Date:** 12/29/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Inventory-debtor's possession<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 1.07 | FA |
| 14 | **Assets**   **Totals** (Excluding unknown values) | **$500,400.00** | **$18,900.00** |  | **$15,001.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

  COLLECTION OF REMAINING SALE PRICE FROM NON FILING SPOUSE FOR SALE FOR SOUTH CAROLINA  CO-OWNED PROPERTY.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012       **Current Projected Date Of Final Report (TFR):**   September 7, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73549 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MICHELS, PAMELA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Money Market Account |
| Taxpayer ID #: | **-***0630 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 01/05/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/28/10 | {3} | Pamela Michels | Pymt on sale of real estate | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.08 |
| 12/03/10 | {3} | Pamela Michels | Pymt #1 on Compromise | 1110-000 | 500.00 | | 10,500.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,500.16 |
| 01/04/11 | {3} | Lawn Ranger Landscape, Inc. | Pymt on Compromise Re: S C Real Estate | 1110-000 | 500.00 | | 11,000.16 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,000.25 |
| 02/07/11 | {3} | Lawn Ranger Landscape Inc. | Pymt on Compromise Re: Real Estate | 1110-000 | 500.00 | | 11,500.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,500.33 |
| 03/07/11 | {3} | Lawn Ranger Landscape Inc. | Pymt on Compromise of Real Estate | 1110-000 | 500.00 | | 12,000.33 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,000.43 |
| 04/04/11 | {3} | Lawn Ranger Landscape, Inc | Payment of Compromise Re: Real Estate | 1110-000 | 500.00 | | 12,500.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,500.52 |
| 05/09/11 | {3} | Lawn Ranger Landscape Inc. | Pymt on Compromise Re: Real Estate | 1110-000 | 500.00 | | 13,000.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,000.62 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-73549, BOND #016018067 | 2300-000 | | 12.30 | 12,988.32 |
| 06/13/11 | {3} | Lawn Ranger Landscape, Inc. | Pymt on Compromise Re: Real Estate | 1110-000 | 500.00 | | 13,488.32 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,488.41 |
| 07/18/11 | {3} | Lawn Ranger Landscape, Inc. | Payment on Compromise on Real Estate | 1110-000 | 500.00 | | 13,988.41 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,988.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.21 | 13,962.30 |
| 08/29/11 | {3} | Lawn Ranger Landscape, Inc. | Final Payment on Real Estate | 1110-000 | 1,000.00 | | 14,962.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,962.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.59 | 14,929.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,929.91 |
| 10/03/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.96 | 14,930.87 |
| 10/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 14,930.93 |
| 10/20/11 | | To Account #9200******3566 | Transfer for Final Distribution | 9999-000 | | 14,930.93 | 0.00 |

|  |  | ACCOUNT TOTALS | 15,001.07 | 15,001.07 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 14,930.93 | |
| | | **Subtotal** | 15,001.07 | 70.14 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$15,001.07** | **$70.14** | |

{} Asset reference(s)

Printed: 01/05/2012 06:22 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73549  
**Case Name:** MICHELS, PAMELA A.  
**Taxpayer ID #:** **-***0630  
**Period Ending:** 01/05/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/11 | | From Account #9200******3565 | Transfer for Final Distribution | 9999-000 | 14,930.93 | | 14,930.93 |
| 10/20/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,250.09, Trustee Compensation; Reference: | 2100-000 | | 2,250.09 | 12,680.84 |
| 10/20/11 | 102 | American Infosource Lp | Distribution paid 6.73% on $3,080.99; Claim# 1; Filed: $3,080.99; Reference: 5014 | 7100-000 | | 207.39 | 12,473.45 |
| 10/20/11 | 103 | American Infosource | Distribution paid 6.73% on $11,150.36; Claim# 2; Filed: $11,150.36; Reference: 3613 | 7100-000 | | 750.53 | 11,722.92 |
| 10/20/11 | 104 | Ophrys LLC | Distribution paid 6.73% on $9,141.59; Claim# 3; Filed: $9,141.59; Reference: 6300 | 7100-000 | | 615.32 | 11,107.60 |
| 10/20/11 | 105 | Capital One Bank (USA), N.A. | Distribution paid 6.73% on $1,996.67; Claim# 8; Filed: $1,996.67; Reference: 8517 | 7100-000 | | 134.39 | 10,973.21 |
| 10/20/11 | 106 | US Dept. of Education | Distribution paid 6.73% on $18,995.82; Claim# 9; Filed: $18,995.82; Reference: 0878 | 7100-000 | | 1,278.59 | 9,694.62 |
| 10/20/11 | 107 | PYOD LLC /Citibank NA | Distribution paid 6.73% on $44,199.17; Claim# 10; Filed: $44,199.17; Reference: 2345 | 7100-000 | | 2,975.01 | 6,719.61 |
| 10/20/11 | 108 | Capital Recovery IV LLC | Distribution paid 6.73% on $11,905.86; Claim# 11; Filed: $11,905.86; Reference: 5656 | 7100-000 | | 801.37 | 5,918.24 |
| 10/20/11 | 109 | GE Money Bank | Distribution paid 6.73% on $629.39; Claim# 14; Filed: $629.39; Reference: 4987 | 7100-000 | | 42.36 | 5,875.88 |
| 10/20/11 | 110 | American Express Bank, FSB | Combined Check for Claims#12,13 | | | 729.14 | 5,146.74 |
| | | | Dividend paid 6.73% on 38.47 $571.58; Claim# 12; Filed: $571.58; Reference: 1003 | 7100-000 | | | 5,146.74 |
| | | | Dividend paid 6.73% on 690.67 $10,261.20; Claim# 13; Filed: $10,261.20; Reference: 1009 | 7100-000 | | | 5,146.74 |
| 10/20/11 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,459.12 | 3,687.62 |
| | | | Dividend paid 100.00% 1,423.75 on $1,423.75; Claim# ATTY; Filed: $1,423.75 | 3110-000 | | | 3,687.62 |
| | | | Dividend paid 100.00% 35.37 on $35.37; Claim# EXP; Filed: $35.37 | 3120-000 | | | 3,687.62 |
| 10/20/11 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,6,7 | | | 1,680.93 | 2,006.69 |
| | | | Dividend paid 6.73% on 20.42 $303.41; Claim# 4; Filed: $303.41; | 7100-000 | | | 2,006.69 |

Subtotals: $14,930.93   $12,924.24

{} Asset reference(s)

Printed: 01/05/2012 06:22 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-73549  
**Case Name:** MICHELS, PAMELA A.  

**Taxpayer ID #:** **-***0630  
**Period Ending:** 01/05/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 3459 | | | | |
| | | | Dividend paid 6.73% on 706.36<br>$10,494.30; Claim# 5;<br>Filed: $10,494.30;<br>Reference: 6161 | 7100-000 | | | 2,006.69 |
| | | | Dividend paid 6.73% on 399.71<br>$5,938.41; Claim# 6;<br>Filed: $5,938.41;<br>Reference: 6996 | 7100-000 | | | 2,006.69 |
| | | | Dividend paid 6.73% on 554.44<br>$8,237.19; Claim# 7;<br>Filed: $8,237.19;<br>Reference: 7134 | 7100-000 | | | 2,006.69 |
| 10/20/11 | 113 | Fia Card Services, NA/BAC | Combined Check for Claims#15,16 | | | 2,006.69 | 0.00 |
| | | | Dividend paid 6.73% on 641.30<br>$9,527.61; Claim# 15;<br>Filed: $9,527.61;<br>Reference: 8513 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.73% on 1,365.39<br>$20,285.36; Claim# 16;<br>Filed: $20,285.36;<br>Reference: 3160 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,930.93 | 14,930.93 | $0.00 |
| | | | Less: Bank Transfers | | 14,930.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,930.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $14,930.93 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******35-65** | 15,001.07 | 70.14 | 0.00 |
| **Checking # 9200-******35-66** | 0.00 | 14,930.93 | 0.00 |
| | $15,001.07 | $15,001.07 | $0.00 |

{} Asset reference(s)

Printed: 01/05/2012 06:22 PM    V.12.57